Job T. Viall and others, *Respondents, v.* Elizabeth Dater, *Appellant.* — Judgment reversed, new trial granted and referee discharged, costs to abide event. Opinion by Boardman, J.

Elijah Morton, *Respondent v.* Stanley Johnson, *Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by Learded, P. J.

James B. Lewis, *Respondent, v.* James Cavanagh, *Appellant.* — Judgment affirmed, with costs, with leave to defendant to answer within twenty days after notice of affirmance, on payment of costs of demurrer at Special Term and costs of appeal. Opinion by Boardman, J.; Landon, J., taking no part.

James Bolton, *Respondent, v.* Nathaniel B. Terpening, *Appellant.* — Judgment affirmed, with costs. Opinions by Boardman, J., and Learned, P. J.

Elisha S. Fowler and Amy B. Lyons, *Appellants, v.* Nicholas H. Haynes, *as Constable, etc., Respondent.* — Judgment affirmed, with costs. Opinion by Learned, P. J.

Addie M. Smith *v.* Lewis H. Cramer, *Receiver, etc.* — Motion for leave to go to the Court of Appeals denied.·

Temple Grove Seminary *v.* Louis H. Cramer, *Receiver, etc.* — Motion for leave to go to Court of Appeals granted and cause certified. Bockes, J., not acting.

Isaac Hawley and Norris G. Woodward, *as Overseers, etc., Respondents, v.* Joseph Maplethorpe, *Appellant.*

Same *v.* Abner Hobart, *Appellant.* — Orders reversed, with ten dollars costs and printing disbursements to each case, and motion granted, with ten dollars costs in each case.

John H. Gee, *Plaintiff, v.* Frank Arnold, *Defendant.* — Order affirmed, with ten dollars costs and printing disbursements.

Randall Perkins, *Appellant, v.* John Bixby and others, *Respondents.* — Order affirmed, with ten dollars costs and printing disbursements on opinion of county judge.

The People of the State of New York ex rel. Edward Hannon and Michael Cavanagh, *as Taxpayers, etc., Respondents, v.* John Magill, *as Police· Commissioner, etc., Appellant.* — Appeal dismissed, without costs to either party, on the ground that the question has become merely abstract.

Henry Wynkoop, *Executor, etc., Plaintiff, v.* The Niagara Insurance Company, *Defendant.* — Motion for new trial denied and judgment for plaintiff on verdict, with costs.

Sarah L. Toles, *Respondent, v.* George Adee and James Adee, *as Executors, etc., Appellants.* — Judgment and order affirmed, with costs. Mem. by Learned, P. J.

The ·People of the State of New York ex rel. John H. Myers, *Respondent, v.* Frederick Storm, *Appellant.* — Judgment affirmed, with costs.